# Report of Mediation by a Rule 31 Mediator

**IN THE FEDERAL COURT**

**Isaac Gomez**
Plaintiff
Vs.
**Metro Government**
Defendant

CIVIL ACTION/DOCKET NO: **3:19-cv-00026**

## Report of Mediation by a Rule 31 Mediator

The Following Parties Appeared and Participated in the Mediation Process:

**Defendant's Attorney, Plaintiff Attorney**

Settlement Outcome from Mediation: **No Issues Resolved**

Mediation Fees: **Standard**

Respectfully Submitted,

*(signature)*

R. Kreis White
Brentwood Commons Two, Suite 275
750 Old Hickory Boulevard
Brentwood, Tennessee 37027-4528
(615) 309-0400